

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER | § | No. 08-15-00115-CV |
| OF THE ESTATE | § | Appeal from the |
| OF MICHAEL SOTHORON GEORGE | § | County Court at Law No. 2 |
| | § | of Brazos County, Texas |
| | § | (TC# 15198-PC) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss the appeal because the parties have resolved the dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").


April 22, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.